| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>March 08, 2021<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN KLEE,<br><br>　　　　　Defendant. | Case No. 2:21-mj-00039-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  **KEVIN KLEE** ,

Case No.  **2:21-mj-00039-JDP**  Charge **18 U.S.C. § 3583** , from custody for the following reasons:

　　　　**X**　　Release on Previously Imposed Supervised Release Conditions

　　　　____　Bail Posted in the Sum of $ _____

　　　　　　　____ Unsecured Appearance Bond $ _____

　　　　　　　____ Appearance Bond with 10% Deposit

　　　　　　　____ Appearance Bond with Surety

　　　　　　　____ Corporate Surety Bail Bond

　　　　　　　(Other): The Defendant is ordered to appear at the Northern

　　　　**X**　　District of California Probation Office on March 11, 2021 at

　　　　　　　9:00 a.m.

Issued at Sacramento, California on March 8, 2021 at 2:35 p.m.

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE